COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 August 27, 2015
 No. 10-14-00041-CR
 MILTON LEE GARDNER
 v.
 THE STATE OF TEXAS
 
 
 From the 77[th] District Court
 Limestone County, Texas
 Trial Court No. 13074-A
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issue raised and finds no reversible error is presented. Accordingly the trial court's judgment, signed on January 31, 2014 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk